240 So.2d 374

STATE of Louisiana ex rel. Paul GEORGE, Thomas Perrin, Guy Glynn, Darrell Morris and Robert Albright

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50937.

Nov. 9, 1970.

Writ refused. The trial court has ordered a hearing.

240 So.2d 374

Lawrence Joseph SMITH

v.

STATE of Louisiana.

No. 50940.

Nov. 9, 1970.

Writ refused. Applicant makes no showing that he has exhausted his remedies in the lower court. The showing made is insufficient to warrant the exercise of our original jurisdiction. An almost identical application from this relator was denied Nov. 7, 1969. 254 La. 834, 227 So.2d 375.